Opinion filed June 8, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed June 8, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00104-CV 

                                                    __________

 

                                          IN THE MATTER OF J.P.

 



 

                                         On
Appeal from the 420th District Court

 

                                                   Nacogdoches County, Texas

 

                                             Trial
Court Cause No. J01479-2005

 



 

                                            M
E M O R A N D U M    O P I N I O N

This is an appeal from an order of detention.  On November 3, 2005, J.P. was found to have
engaged in delinquent conduct by committing the offense of burglary of a
building and theft and was  placed on
probation for one year.  On February 7,
2006, the State filed a motion to modify disposition alleging that J.P.
violated the terms and conditions of his probation.  After a hearing, the trial court determined
that it was in the best interest of J.P. and of the community that J.P. be
placed in the custody of the county juvenile detention facility until his
transfer to the Texas Youth Commission. 
We affirm.








Appellant=s
court-appointed counsel has filed a motion to withdraw.  The motion is supported by a brief in which
counsel professionally and conscientiously examines the record and applicable
law and states that he has concluded that the appeal is frivolous.  Counsel has provided appellant with a copy of
the brief and advised appellant of her right to review the record and file a
response to counsel=s
brief.  A response has not been
filed.  Court-appointed counsel has
complied with the requirements of Anders v. California, 386 U.S. 738
(1967); Stafford v. State, 813 S.W.2d 503 (Tex. Crim. App. 1991); High
v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State,
516 S.W.2d 684 (Tex. Crim. App. 1974); Gainous v. State, 436 S.W.2d 137
(Tex. Crim. App. 1969); Eaden v. State, 161 S.W.3d 173 (Tex. App.CEastland 2005, no pet.).[1]

Following the procedures outlined in Anders,
we have independently reviewed the record, and we agree that the appeal is
without merit. 

The motion to withdraw is granted, and the
judgment is affirmed.

 

PER CURIAM

 

June 8, 2006

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.

 

 

 











[1]The Texas Supreme Court has held that Anders
procedures apply in juvenile appeals.  In
re D.A.S., 973 S.W.2d 296 (Tex. 1998).